E-FILED
Tuesday, 02 May, 2006  09:15:21 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

MASON WILLIAMS,
    Plaintiff,

vs.     No. 06-1105

WEXFORD HEALTH CARE SERVICE, et al.
    Defendants.

### ORDER OF DISMISSAL

On April 21, 2006, the plaintiff submitted a complaint and a motion to procced in forma pauperis. The clerk of the court subsequently opened this case.

It has now come to the court's attention that the Seventh Circuit Court of Appeals has issued an order that restricted plaintiff's rights to litigate within the federal courts of this circuit. Specifically, the Seventh Circuit stated:

> Until he has paid in full all outstanding fees and sanctions in all civil actions he has filed, the clerks of all federal courts in this circuit will return unfiled any papers submitted either directly or indirectly by or on behalf of Mason Williams.

*Williams v Page*, Appeal No. 02-2205(7th Cir., June 25, 2002). Therefore, this case should never have been opened.

**IT IS THEREFORE ORDERED that:**

**The clerk of the court is to close this case and return all documents to the plaintiff.**

ENTERED this _____2nd_____ day of May, 2006.

                                    **s\Harold A. Baker**

                                _____
                                  HAROLD A. BAKER
                           UNITED STATES DISTRICT JUDGE